

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE, LLP**, Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this cause is REMANDED to the trial court. Costs of this appeal are taxed against Appellees Guerra & Moore LLP, Carlos Guerra, J. Michael Moore, and David Lumber.

SIGNED June 25, 2014.

_____
Patricia O. Alvarez, Justice